UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOWNING LAW OFFICES, P.A.

    VS                                  CASE NO.  5:09cv233-RS/EMT

MANTRA FILMS, INC.,
MRA HOLDING, LLC,
and JOSEPH R. FRANCIS

## DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55, Default judgment is entered against Defendants

**MANTRA FILMS, INC., MRA HOLDING, LLC,** and **JOSEPH R. FRANCIS**.

                                          WILLIAM M. McCOOL, CLERK OF COURT

 April 9, 2010                          s/ Jennifer Martin
DATE                                     Deputy Clerk: Jennifer Martin