IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DOWNING LAW OFFICES, PA,**

    **Plaintiff,**

vs.                                  **CASE NO. 5:09cv233/RS-EMT**

**MANTRA FILMS, Inc.,
MRA HOLDING LLC,
and JOSEPH FRANCIS,**

    **Defendants.**
_____/

## **ORDER**

Before me is Plaintiff's Motion for Clerk's Entry of Default Judgment (Doc. 40). The Clerk previously entered a default against Defendants pursuant to Fed. R. Civ. P. 55. (Doc. 36).

**IT IS ORDERED:**

The Clerk is directed to enter final judgment against Defendants in favor of Plaintiff in the following amounts:

    a. $2,180.00 in fees paid to the American Arbitration Association,

    b. $1,393.95 in service of process costs,

    c. $400.00 in mediation fees,

    d. $77,558.15 in original contract fees,

e. $19,945.09 in pre-judgment interest on the original contract fees,

    f. post-judgment interest at the rate provided by law, and

    g. costs to be determined pursuant to N.D. Fla. Loc. R. 54.2.

**ORDERED** on June 25, 2010.

                    **/s/ Richard Smoak**
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**