UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOWNING LAW OFFICES PA

   VS                                                                              CASE NO.  5:09CV233 RS-EMT

MANTRA FILMS INC, MRA HOLDING
LLC, AND JOSEPH FRANCIS

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED  that final judgment is entered against Defendants, MANTRA FILMS INC, MRA HOLDING LLC, AND JOSEPH FRANCIS in favor of Plaintiff in the following amounts:

    a.  $2,180.00 in fees paid to the American Arbitration Association.

    b.  $1,393.95 in service of process costs,

    c.  $400.00 in mediation fees,

    d.  $77,558.15 in original contract fees,

    e.  $19,945.09 in pre-judgment interest on the original contract fees,

    f.  post-judgment interest at the rate provided by law, and

    g.  costs to be determined pursuant to N.D. Fla. Loc. R. 54.2.

WILLIAM M. McCOOL, CLERK OF COURT

s/Susan Anderson

June 25, 2010
DATE

Deputy Clerk: Susan Anderson